**No. 49656.**—Protests 977587–G/88284, etc., of Joseph Antognoli & Co. et al. (Chicago).

Opinion by KEEFE, J. On cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146, an allowance of 2½ percent was made to compensate for the weight of foreign substances on the outside, and in Reggiano cheese similar to that involved in *Scaramelli* v. *United States* (9 d. 270, C. D. 706) an allowance of 1 percent was made.

**No. 49657.**—Protest 97604–K of Saul N. Ades (San Francisco).

Opinion by KEEFE, J. When this case was called for trial counsel for plaintiff stated that the question of allowance involved was one that was within the jurisdiction of the Secretary of the Treasury rather than that of the U. S. Customs Court. A motion was made to dismiss the protest without prejudice, with the consent of Government counsel. This motion was granted by the judge sitting on circuit. When the case, under the rules of this court, regularly came before the Third Division for decision it was found that the entry was liquidated July 31, 1942, and the protest was not filed with the collector until September 30, 1942. In view of section 514 and the fact that the protest was filed 61 days after liquidation, the protest was dismissed as untimely.

**No. 49658.**—Petition 6396–R of W. C. Sullivan & Co. (Chicago).

Opinion by KEEFE, J. The petition was dismissed.

JULY 31, 1944

**No. 49659.**—SUIT 4457.— —*Oakland Food Products Co. et al.* v. *United States.* C. D. 769 affirmed. C. A. D. 281.

BEFORE THE FIRST DIVISION, AUGUST 4, 1944

**No. 49660.**—Petition 6417–R of S. H. Kress & Co. (New Orleans).

Opinion by OLIVER, P. J. The petition was dismissed.